

U.S. Department of J
United States Attorney
Southern District of N

86 Chambers Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2020

January 21, 2020

By ECF
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States of America v. Victor*, 19 Civ. 10845 (AT)

Dear Judge Torres:

    This Office represents the United States of America in the above-captioned matter. I write to request adjournment of the currently scheduled January 23, 2020 initial pretrial conference until a date on or after February 13, 2020. *Pro se* Defendant Steven Victor consents to this request. The undersigned inadvertently failed to send a copy of the Court's Initial Pretrial Conference Order, Dkt. No. 5, to Mr. Victor. The parties thus failed to submit a joint letter by January 16, 2020, as was required by that Order. I apologize for this oversight.

    The United States and Mr. Victor have had preliminary discussions concerning this case, but have not yet discussed the matters required by the Initial Pretrial Conference Order, nor prepared a proposed joint Case Management Plan and Scheduling Order. Mr. Victor and I exchanged emails today concerning the initial conference, but need additional time to prepare a joint submission for the Court's review.

    In order to ensure a productive initial pretrial conference, I request that the January 23, 2020 conference be adjourned until a date on or after February 13, 2020, as Mr. Victor will be traveling abroad until early February. This is the parties' first request for an adjournment.

    I thank the Court for its consideration of this request.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By:    */s/ Zachary Bannon*
    ZACHARY BANNON
    Assistant United States Attorney
    Tel.:    212-637-2728
    E-mail: Zachary.Bannon@usdoj.gov

---

GRANTED. The initial pretrial conference scheduled for January 23, 2020 is ADJOURNED to **February 13, 2020**, at **12:00 p.m.** By **February 6, 2020**, the parties shall submit their proposed case management plan and joint letter. The Clerk of Court is directed to mail a copy of this order to Defendant *pro se*.

SO ORDERED.

Dated:  January 21, 2020
         New York, New York

ANALISA TORRES
United States District Judge