USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/14/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

STEVEN VICTOR,

                Defendant.

19 Civ. 10845 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant *pro se*, having moved to dismiss the complaint, ECF No. 14, it is hereby ORDERED that:

1. By **March 6, 2020**, the Government shall file its opposition; and
2. By **March 27, 2020**, Defendant shall file his reply, if any.

The Clerk of Court is directed to mail a copy of this order to Defendant *pro se*.

SO ORDERED.

Dated: February 14, 2020
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge